952

**Robert Michael SYROTCHEN, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 22316.**

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1965.

Robert Michael Syrotchen, pro se.

James H. Walsh, Asst. U. S. Atty., Jacksonville, Fla., Edward F. Boardman, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, THORNBERRY, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM:

The judgment of the trial court is affirmed. Green v. United States, (1st Cir., 1964) 334 F.2d 733.

**Joseph SUHAR, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 21962.**

United States Court of Appeals
Fifth Circuit.

Oct. 29, 1965.

George J. Garzotto, New Orleans, La., for appellant.

Morton Hollander, Leavenworth Colby, Attys., Dept. of Justice, Washington, D. C., Louis R. Lucas, Asst. U. S. Atty., New Orleans, La., Richard S. Salzman, Atty., Dept. of Justice, Washington, D. C., John W. Douglas, Asst. Atty. Gen., Louis C. La Cour, U. S. Atty., Morton Holland-

er, Richard S. Salzman, Attorneys, Department of Justice, Washington, D. C., for appellee.

Before JONES, WISDOM and GEWIN, Circuit Judges.

PER CURIAM:

Our decision of this appeal is controlled by Patterson v. United States, 359 U.S. 495, 79 S.Ct. 936, 3 L.Ed.2d 971, and Johansen v. United States, 343 U.S. 427, 72 S.Ct. 849, 96 L.Ed. 1051. The judgment of the district court is

Affirmed.

**CAVALIER POULTRY CORPORATION,
a Corporation, Appellant,**

v.

**Benjamin ZUCK.**

**No. 15148.**

United States Court of Appeals
Third Circuit.

Argued Oct. 4, 1965.

Decided Nov. 12, 1965.

Gerald W. Conway, Newark, N. J. (Schreiber, Lancaster & Demos, Newark, N. J., Sidney M. Schreiber, Newark, N. J., on the brief), for appellant.

John C. Givens, Red Bank, N. J. (Parsons, Canzona, Blair & Warren, Red Bank, N. J., John Warren, Jr., Red Bank, N. J., on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and STALEY, Circuit Judges.

PER CURIAM.

After an examination of the record in this case and after full consideration of the argument of the parties we are convinced that the court below committed no error.

Consequently the judgment will be affirmed.